UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| YANDEL, CAMILLE L | § | Case No. 09-22456 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/19/2009 . The undersigned trustee was appointed on 06/19/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 10,800.71 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 125.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 10,675.71 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

  5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6. The deadline for filing non-governmental claims in this case was 09/21/2011 and the deadline for filing governmental claims was 09/21/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,830.07. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,830.07, for a total compensation of $ 1,830.07 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00, and now requests reimbursement for expenses of $ 34.16, for total expenses of $ 34.16 [2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/13/2012    By: /s/MICHAEL G. BERLAND
           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

| Case No: | 09-22456 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | YANDEL, CAMILLE L | | | Date Filed (f) or Converted (c): | 06/19/09 (f) |
| | | | | 341(a) Meeting Date: | 08/17/09 |
| For Period Ending: 04/13/12 | | | | Claims Bar Date: | 09/21/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Payment of monies paid by former husband-unsch | 0.00 | 10,800.00 | | 10,800.00 | FA |
| Debtor received the sum of $10,800 from former husband in undisclosed asset before case reopened. She repaid the money recieved to trustee. No further monies are owed. This asset was not listed on the orignal schedules and the case was reopened. Asset is listed on Amended schedules in paragraph 16 as La Rocco v. Larocco for $21,000. | | | | | |
| 2. 1804 Waters Edge, Minooka | 142,423.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking Chase | 500.00 | 0.00 | DA | 0.00 | FA |
| 4. Savings Chase | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. Household goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Clothing | 300.00 | 0.00 | DA | 0.00 | FA |
| 7. Term life | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. 4011 employer | 7,772.00 | 0.00 | DA | 0.00 | FA |
| 9. 2008 federal tax refund | 2,895.00 | 0.00 | DA | 0.00 | FA |
| 10. 2005 Hyundai | 11,000.00 | 0.00 | DA | 0.00 | FA |
| 11. 2008 Chevrolet Cobalt | 10,555.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.71 | Unknown |
| TOTALS (Excluding Unknown Values) | $176,545.00 | $10,800.00 | | $10,800.71 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Page: 2
Exhibit A

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| Case No:    09-22456   BL   Judge: Bruce W. Black | Trustee Name:                          MICHAEL G. BERLAND |
| Case Name: YANDEL, CAMILLE L | Date Filed (f) or Converted (c):    06/19/09 (f) |
| | 341(a) Meeting Date:                 08/17/09 |
| | Claims Bar Date:                       09/21/11 |

The debtor reopened the case since there was an unsescheduled asset. Ms Yandell was receiving payments from her ex-husband, which were an asset of the bankruptcy estate. Yandel repaid the monies to the Trustee.

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

Ver: 16.06a

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 09-22456 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | YANDEL, CAMILLE L | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******2665 Money Market Account |
| Taxpayer ID No: | *******3934 | | |
| For Period Ending: | 04/13/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/19/11 | 1 | Chase Bank | Repayment of monies from former husband DEPOSIT CHECK #9452406238 | 1129-000 | 3,600.00 | | 3,600.00 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 3,600.01 |
| 05/19/11 | 1 | Chase Bank | Repayment of monies paid by former husband, which were property of bankruptcy estate DEPOSIT CHECK #9452402714 | 1129-000 | 3,600.00 | | 7,200.01 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 7,200.05 |
| 06/15/11 | 1 | Chase Bank | Repayment of monies paid by former husband DEPOSIT CHECK #9452402799 | 1129-000 | 3,600.00 | | 10,800.05 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 10,800.12 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,800.21 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,800.30 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.15 | 10,775.15 |
| 09/07/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.15 | 10,775.30 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,775.38 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,750.38 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,750.47 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,725.47 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,725.55 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,700.55 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,700.64 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,675.64 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 10,675.71 |
| 01/25/12 | | Transfer to Acct #*******5056 | Bank Funds Transfer | 9999-000 | | 10,675.71 | 0.00 |

Page Subtotals     10,800.71     10,800.71

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-22456 -BL | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- |
| Case Name: | YANDEL, CAMILLE L | Bank Name: | The Bank of New York Mellon |
|  |  | Account Number / CD #: | *******2665 Money Market Account |
| Taxpayer ID No: | *******3934 |  |  |
| For Period Ending: | 04/13/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | COLUMN TOTALS |  | 10,800.71 | 10,800.71 | 0.00 |
|  |  |  | Less: Bank Transfers/CD's |  | 0.00 | 10,675.71 |  |
|  |  |  | Subtotal |  | 10,800.71 | 125.00 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | Net |  | 10,800.71 | 125.00 |  |

Page Subtotals    0.00    0.00

UST Form 101-7-TFR (5/1/2011) (Page: 6)

Ver: 16.06a

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-22456 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | YANDEL, CAMILLE L | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******2666 Checking Account |
| Taxpayer ID No: | *******3934 | | | |
| For Period Ending: | 04/13/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

```
                                COLUMN TOTALS              0.00        0.00       0.00
                       Less:  Bank Transfers/CD's           0.00        0.00
                            Subtotal                        0.00        0.00
                       Less:  Payments to Debtors                       0.00
                            Net                             0.00        0.00
```

Page Subtotals  0.00  0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| Case No: | 09-22456 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | YANDEL, CAMILLE L | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******5056 Checking Account |
| Taxpayer ID No: | *******3934 | | |
| For Period Ending: | 04/13/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******2665 | Bank Funds Transfer | 9999-000 | 10,675.71 | | 10,675.71 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 10,675.71 | 0.00 | 10,675.71 |
| Less: Bank Transfers/CD's | 10,675.71 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********2665 | 10,800.71 | 125.00 | 0.00 |
| Checking Account - ********2666 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********5056 | 0.00 | 0.00 | 10,675.71 |
| | 10,800.71 | 125.00 | 10,675.71 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    10,675.71    0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 13, 2012 |
|---|---|---|---|---|---|---|
| Case Number: 09-22456<br>Debtor Name: YANDEL, CAMILLE L | | Claim Class Sequence | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 000001<br>050<br>4110-00 | Grundy County Collector<br>111 E Washington St Rm 33<br>Morris, IL 60450 | Secured | | $0.00 | $2,171.19 | $0.00 |
| 000002<br>050<br>4110-00 | NuMark Credit Union<br>PO Box 2729<br>Joliet IL 60434 | Secured | | $0.00 | $10,988.58 | $0.00 |
| 000003<br>050<br>4110-00 | NuMark Credit Union<br>PO Box 2729<br>Joliet IL 60434 | Secured | | $0.00 | $2,212.56 | $0.00 |
| 000004<br>070<br>7100-00 | Minooka Animal Hosp.<br>c/o Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, IL 61301 | Unsecured | | $0.00 | $17.56 | $17.56 |
| 000005<br>070<br>7100-00 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $0.00 | $3,537.56 | $3,537.56 |
| 000006<br>070<br>7100-00 | Capital Recovery III LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $7,257.88 | $7,257.88 |
| 000007<br>070<br>7100-00 | Capital Recovery III LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $1,336.30 | $1,336.30 |
| 000008<br>070<br>7100-00 | Capital Recovery III LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $8,271.45 | $8,271.45 |
| 000009<br>070<br>7100-00 | Capital Recovery III LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $1,396.06 | $1,396.06 |
| | Case Totals: | | | $0.00 | $37,189.14 | $21,816.81 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-22456
Case Name: YANDEL, CAMILLE L
Trustee Name: MICHAEL G. BERLAND

Balance on hand  $ 10,675.71

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 1,830.07 | $ 0.00 | $ 1,830.07 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 34.16 | $ 0.00 | $ 34.16 |

Total to be paid for chapter 7 administrative expenses  $ 1,864.23

Remaining Balance  $ 8,811.48

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

UST Form 101-7-TFR (5/1/2011) (Page: 10)

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,816.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 40.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Minooka Animal Hosp. c/o Collection Professionals Inc. P.O. Box 416 Lasalle, IL 61301 | $ 17.56 | $ 0.00 | $ 7.09 |
| 000005 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | $ 3,537.56 | $ 0.00 | $ 1,428.77 |
| 000006 | Capital Recovery III LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | $ 7,257.88 | $ 0.00 | $ 2,931.35 |
| 000007 | Capital Recovery III LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | $ 1,336.30 | $ 0.00 | $ 539.71 |
| 000008 | Capital Recovery III LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | $ 8,271.45 | $ 0.00 | $ 3,340.71 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Capital Recovery III LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | $ 1,396.06 | $ 0.00 | $ 563.85 |
| | Total to be paid to timely general unsecured creditors | | $ | 8,811.48 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE