UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
YANDEL, CAMILLE L § Case No. 09-22456
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    CLERK OF THE COURT
    219 S. Dearborn
    Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 06/15/2012 in Courtroom 201,
    Will County Court Annex Building
    57 N. Ottawa Street, Suite 201, Joliet, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/10/2012    By: /s/ Michael G. Berland
                     Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                           §
                                 §
YANDEL, CAMILLE L                §        Case No. 09-22456
                                 §
        Debtor(s)                §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 10,800.71 |
| and approved disbursements of | $ | 125.00 |
| leaving a balance on hand of[1] | $ | 10,675.71 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: MICHAEL G. BERLAND | $ 1,830.07 | $ 0.00 | $ 1,830.07 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 34.16 | $ 0.00 | $ 34.16 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,864.23 |
| Remaining Balance | | $ | 8,811.48 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,816.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 40.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Minooka Animal Hosp. c/o Collection Professionals Inc. P.O. Box 416 Lasalle, IL 61301 | $ 17.56 | $ 0.00 | $ 7.09 |
| 000005 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | $ 3,537.56 | $ 0.00 | $ 1,428.77 |
| 000006 | Capital Recovery III LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | $ 7,257.88 | $ 0.00 | $ 2,931.35 |
| 000007 | Capital Recovery III LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | $ 1,336.30 | $ 0.00 | $ 539.71 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ 8,271.45 | $ 0.00 | $ 3,340.71 |
| 000009 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ 1,396.06 | $ 0.00 | $ 563.85 |
| | Total to be paid to timely general unsecured creditors | | | $ 8,811.48 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
                                Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 09-22456-BWB
Camille L Yandel Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: lkorotko    Page 1 of 3    Date Rcvd: May 11, 2012
                 Form ID: pdf006    Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2012.
```
db          +Camille L Yandel,    1804 Waters Edge Dr,    Minooka, IL 60447-8265
14069011    +Arrow Financial Services,    5996 W Touhy Ave,    Niles, IL 60714-4610
14069014    +Blatt, Hassenmiller, Leibsker,  & Moore LLC,    125 South Wacker Dr, Suite 400,
              Chicago, IL 60606-4440
14069015    +Bryan Lange,    1804 Waters Edge Dr,    Minooka, IL 60447-8265
14069016   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:  Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,
              Norcross, GA 30091)
14069033   ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
              WILMINGTON DE 19801-2920
             (address filed with court:  Washington Mutual Card Services,    Providian (Pay Pal),
              PO Box 660509,    Dallas, TX 75266-0509)
14069017    +Chase Manhattan Mtg,    G7-Pp,    3415 Vision Dr.,    Columbus, OH 43219-6009
14069019    +Collection,    15 Union St,    Lawrence, MA 01840-1866
14069020    +Collection Prof/lasal,    723 1st St,    La Salle, IL 61301-2535
14069021    +Creditors Collection B,    716 Columbus St,    Ottawa, IL 61350-5002
14069022    +Drive Financial,    Attn: Bankruptcy Department,    Po Box 562088,    Dallas, TX 75356-2088
14069023    +Freedman Anselmo Lindberg & Rappe,    1807 W Diehl - Suite 333,    PO Box 3107,
              Naperville, IL 60566-7107
14278974    +Grundy County Collector,    111 E Washington St Rm 33,    Morris, IL 60450-2277
14069025   ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court:  Hsbc/rs,    Hsbc Retail Services Attn: Bankruptcy,    Po Box 15522,
              Wilmington, DE 19850)
14069026     Juniper (Carnival Sea Miles),    Barclays Bank Card Services,    PO Box 8801,
              Wilmington, DE 19899-8801
14069027    +Kay Jewelers,    PO Box 3680,    Akron, OH 44309-3680
17563974    +Minooka Animal Hosp.,    c/o Collection Professionals Inc.,    P.O. Box 416,
              Lasalle, IL 61301-0416
17526234    +NuMark Credit Union,    PO Box 2729,    Joliet IL 60434-2729
14069028    +Numark Cu,    Po Box 2729,    Joliet, IL 60434-2729
14069032    +Valentine & Kebartas, Inc,    PO Box 325,    Lawrence, MA 01842-0625
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14069013    +E-mail/Text: ACF-EBN@acf-inc.com May 11 2012 23:48:08     Atlantic Crd,    P O Box 13386,
              Roanoke, VA 24033-3386
17807272     E-mail/PDF: rmscedi@recoverycorp.com May 12 2012 01:37:08      Capital Recovery III LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14069018    +E-mail/Text: resurgentbknotifications@resurgent.com May 11 2012 23:44:38      Collection,
              Attn: Bankrutpcy Department,    Po Box 10587,    Greenville, SC 29603-0587
14069024    +E-mail/Text: BKNOTICES@EAFLLC.COM May 11 2012 23:48:44      Hilco Rec,    5 Revere Dr Ste 510,
              Northbrook, IL 60062-8007
17798904     E-mail/Text: resurgentbknotifications@resurgent.com May 11 2012 23:44:39      Roundup Funding, LLC,
              MS 550,    PO Box 91121,    Seattle, WA 98111-9221
14069031    +Fax: 866-419-3894 May 12 2012 00:20:32     US Cellular,    P.O. Box 0203,
              Palatine, IL 60055-0001
                                                                                              TOTAL: 6
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14069029     Sst/cigpficorp
14069030     St Joseph Medical Center,    PLEASE PROVIDE ADDRESS
14069034*  ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
              WILMINGTON DE 19801-2920
             (address filed with court:  Washington Mutual Card Services,    Providian (Wa Mu),    PO Box 660509,
              Dallas, TX 75266-0509)
14069012    ##At & T Wireless,    P O Box 6451,    Carol Stream, IL 60197-6451
14069035    ##+West Asset Management,    PO Box 2548,    Sherman, TX 75091-2548
                                                                                   TOTALS: 2, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: lkorotko              Page 2 of 3            Date Rcvd: May 11, 2012
                              Form ID: pdf006             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 13, 2012**          **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: lkorotko          Page 3 of 3          Date Rcvd: May 11, 2012
                              Form ID: pdf006         Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2012 at the address(es) listed below:

          Diane A Aniolowski    on behalf of Debtor Camille Yandel NDILnotices@legalhelpers.com, daa@legalhelpers.com;CourtNotice@legalhelpers.com
          Jessee Renee Dagen Tillman    on behalf of Debtor Camille Yandel NDILnotices@legalhelpers.com, CourtNotice@legalhelpers.com;jdg@legalhelpers.com;bk@legalhelpers.com;exs@legalhelpers.com
          Michael G Berland    einstein829@earthlink.net,  IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                TOTAL: 4