# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| YANDEL, CAMILLE L | § | Case No. 09-22456 |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/MICHAEL G. BERLAND_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | GRUNDY COUNTY COLLECTOR |  |  |  |  |  |
| 000003 | NUMARK CREDIT UNION |  |  |  |  |  |
| 000002 | NUMARK CREDIT UNION |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arrow Financial Services 5996 W Touhy Ave Niles, IL 60714 | | | | | |
| | Arrow Financial Services 5996 W Touhy Ave Niles, IL 60714 | | | | | |
| | At & T Wireless P O Box 6451 Carol Stream, IL 60197-6451 | | | | | |
| | Atlantic Crd P O Box 13386 Roanoke, VA 24033 | | | | | |
| | Blatt, Hassenmiller, Leibsker & Moore LLC 125 South Wacker Dr, Suite 400 Chicago, IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blatt, Hassenmiller, Leibsker & Moore LLC 125 South Wacker Dr, Suite 400 Chicago, IL 60606 | | | | | |
| | Collection 15 Union St Lawrence, MA 01840 | | | | | |
| | Collection Attn: Bankrutpcy Department Po Box 10587 Greenville, SC 29603 | | | | | |
| | Creditors Collection B 716 Columbus St Ottawa, IL 61350 | | | | | |
| | Freedman Anselmo Lindberg & Rappe 1807 W Diehl - Suite 333 PO Box 3107 Naperville, IL 60566 | | | | | |
| | Hilco Rec 5 Revere Dr Ste 510 Northbrook, IL 60062 | | | | | |
| | Hsbc/rs Hsbc Retail Services Attn: Bankruptcy Po Box 15522 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Juniper (Carnival Sea Miles) Barclays Bank Card Services PO Box 8801 Wilmington, DE 19899-8801 | | | | | |
| | Kay Jewelers PO Box 3680 Akron, OH 44309 | | | | | |
| | Sst/cigpficorp | | | | | |
| | St Joseph Medical Center PLEASE PROVIDE ADDRESS | | | | | |
| | US Cellular P.O. Box 0203 Palatine, IL 60055 | | | | | |
| | Valentine & Kebartas, Inc PO Box 325 Lawrence, MA 01842 | | | | | |
| | Washington Mutual Card Services Providian (Pay Pal) PO Box 660509 Dallas, TX 75266-0509 | | | | | |
| | Washington Mutual Card Services Providian (Wa Mu) PO Box 660509 Dallas, TX 75266-0509 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | West Asset Management PO Box 2548 Sherman, TX 75091 | | | | | |
| 000006 | CAPITAL RECOVERY III LLC | | | | | |
| 000007 | CAPITAL RECOVERY III LLC | | | | | |
| 000008 | CAPITAL RECOVERY III LLC | | | | | |
| 000009 | CAPITAL RECOVERY III LLC | | | | | |
| 000004 | MINOOKA ANIMAL HOSP. | | | | | |
| 000005 | ROUNDUP FUNDING, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-22456 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | YANDEL, CAMILLE L | | | Date Filed (f) or Converted (c): | 06/19/09 (f) |
| | | | | 341(a) Meeting Date: | 08/17/09 |
| For Period Ending: | 08/09/12 | | | Claims Bar Date: | 09/21/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Payment of monies paid by former husband-unsch | 0.00 | 10,800.00 | | 10,800.00 | FA |
| Debtor received the sum of $10,800 from former husband in undisclosed asset before case reopened. She repaid the money recieved to trustee. No further monies are owed. This asset was not listed on the orignal schedules and the case was reopened.  Asset is listed on Amended schedules in paragraph 16 as La Rocco v. Larocco for $21,000. | | | | | |
| 2. 1804 Waters Edge, Minooka | 142,423.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking Chase | 500.00 | 0.00 | DA | 0.00 | FA |
| 4. Savings Chase | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. Household goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Clothing | 300.00 | 0.00 | DA | 0.00 | FA |
| 7. Term life | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. 401l employer | 7,772.00 | 0.00 | DA | 0.00 | FA |
| 9. 2008 federal tax refund | 2,895.00 | 0.00 | DA | 0.00 | FA |
| 10. 2005 Hyundai | 11,000.00 | 0.00 | DA | 0.00 | FA |
| 11. 2008 Chevrolet Cobalt | 10,555.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.71 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $176,545.00 | $10,800.00 | | $10,800.71 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Ver: 16.06d

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 09-22456    BL    Judge: Bruce W. Black | Trustee Name:    MICHAEL G. BERLAND |
| Case Name: | YANDEL, CAMILLE L | Date Filed (f) or Converted (c):    06/19/09 (f) |
| | | 341(a) Meeting Date:    08/17/09 |
| | | Claims Bar Date:    09/21/11 |

The debtor reopened the case since there was an unsecheduled asset. Ms Yandell was receiving payments from her ex-husband, which were an asset of the bankruptcy estate. Yandel repaid the monies to the Trustee.

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-22456 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | YANDEL, CAMILLE L | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******2665 Money Market Account |
| Taxpayer ID No: | *******3934 | | | |
| For Period Ending: | 08/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/19/11 | 1 | Chase Bank | Repayment of monies from former husband DEPOSIT CHECK #9452406238 | 1129-000 | 3,600.00 | | 3,600.00 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 3,600.01 |
| 05/19/11 | 1 | Chase Bank | Repayment of monies paid by former husband, which were property of bankruptcy estate DEPOSIT CHECK #9452402714 | 1129-000 | 3,600.00 | | 7,200.01 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 7,200.05 |
| 06/15/11 | 1 | Chase Bank | Repayment of monies paid by former husband DEPOSIT CHECK #9452402799 | 1129-000 | 3,600.00 | | 10,800.05 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 10,800.12 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,800.21 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,800.30 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.15 | 10,775.15 |
| 09/07/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.15 | 10,775.30 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,775.38 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,750.38 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,750.47 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,725.47 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,725.55 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,700.55 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,700.64 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,675.64 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 10,675.71 |
| 01/25/12 | | Transfer to Acct #*******5056 | Bank Funds Transfer | 9999-000 | | 10,675.71 | 0.00 |

Page Subtotals    10,800.71    10,800.71

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-22456 -BL |
| Case Name: | YANDEL, CAMILLE L |
| Taxpayer ID No: | *******3934 |
| For Period Ending: | 08/09/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******2665 Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 10,800.71 | 10,800.71 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 10,675.71 | |
| | | | Subtotal | | 10,800.71 | 125.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 10,800.71 | 125.00 | |

Page Subtotals 0.00 0.00

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 09-22456 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | YANDEL, CAMILLE L | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******2666  Checking Account |
| Taxpayer ID No: | *******3934 | | |
| For Period Ending: | 08/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals          0.00          0.00

Ver: 16.06d

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 09-22456 -BL | |
| Case Name: | YANDEL, CAMILLE L | |
| Taxpayer ID No: | *******3934 | |
| For Period Ending: | 08/09/12 | |

| | | |
|---|---|---|
| Trustee Name: | MICHAEL G. BERLAND | |
| Bank Name: | Congressional Bank | |
| Account Number / CD #: | *******5056 Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******2665 | Bank Funds Transfer | 9999-000 | 10,675.71 | | 10,675.71 |
| 06/21/12 | 001001 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 1,830.07 | 8,845.64 |
| 06/21/12 | 001002 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Chapter 7 Expenses | 2200-000 | | 34.16 | 8,811.48 |
| 06/21/12 | 001003 | Minooka Animal Hosp.<br>c/o Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, IL 61301 | Claim 000004, Payment 40.37585% | 7100-000 | | 7.09 | 8,804.39 |
| 06/21/12 | 001004 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000005, Payment 40.38857% | 7100-000 | | 1,428.77 | 7,375.62 |
| 06/21/12 | 001005 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000006, Payment 40.38852% | 7100-000 | | 2,931.35 | 4,444.27 |
| 06/21/12 | 001006 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000007, Payment 40.38839% | 7100-000 | | 539.71 | 3,904.56 |
| 06/21/12 | 001007 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000008, Payment 40.38844% | 7100-000 | | 3,340.71 | 563.85 |
| | | | Page Subtotals | | 10,675.71 | 10,111.86 | |

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 09-22456 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | YANDEL, CAMILLE L | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******5056 Checking Account |
| Taxpayer ID No: | *******3934 | | | |
| For Period Ending: | 08/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/21/12 | 001008 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000009, Payment 40.38867% | 7100-000 | | 563.85 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 10,675.71 | 10,675.71 | 0.00 |
| Less: Bank Transfers/CD's | 10,675.71 | 0.00 | |
| Subtotal | 0.00 | 10,675.71 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 10,675.71 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********2665 | 10,800.71 | 125.00 | 0.00 |
| Checking Account - ********2666 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********5056 | 0.00 | 10,675.71 | 0.00 |
| | 10,800.71 | 10,800.71 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    563.85

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)